AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-cr-00380 |
| Marcus Bias | ) Assigned To : Jackson, Amy Berman |
| | ) Assign. Date : 11/18/2022 |
| Defendant | ) Description: INDICTMENT (B) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Marcus Bias

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 242 (Deprivation of Rights Under Color of Law)

Date: 11/18/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.21 08:15:55 -05'00'

*Issuing officer's signature*

City and state: _____

UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/30/22, and the person was arrested on *(date)* 11/30/22
at *(city and state)* Temple Hills, MD

Date: 11/30/22

*Arresting officer's signature*

Luke Brnot, FBI SA
*Printed name and title*