

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARCUS BIAS, )<br>)<br>        *Defendant.* )<br>) | Criminal No. 1-22-cr-380 (ABJ)<br><br>18 U.S.C. § 242<br>(Deprivation of Rights Under Color of Law) |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through the undersigned attorneys, and the defendant, Marcus Bias, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the following facts beyond a reasonable doubt:

1. The District of Columbia Department of Corrections (D.O.C.) is a law enforcement agency of the United States responsible for, among other things, upholding the Constitution and enforcing the laws of the United States and the District of Columbia.

2. On or about June 12, 2019, J.W. was a pretrial detainee who was being held at D.O.C. on a pending criminal charge.

3. In or around June 2019, Marcus Bias was a corrections officer at the D.O.C., a correctional facility located in the District of Columbia that housed pretrial detainees who had been arrested on criminal charges under D.C. Superior Court's jurisdiction.

4. Bias was trained in, and aware of, the duties and responsibilities of D.O.C. officers and of D.O.C. policies and procedures.

MB
03/25/2024

5.    On or about June 12, 2019, Bias was on duty at D.O.C. as a uniformed corrections officer and a member of the Emergency Response Team (E.R.T.).

6.    Along with other E.R.T. officers, Bias responded to the D.O.C. dining hall for an inmate-on-officer assault, precipitated by J.W. In the dining hall, Bias and other E.R.T. officers successfully subdued J.W. by using O.C. spray on him and by handcuffing him behind his back. Bias had gained J.W.'s compliance in the dining hall, and any threat to officers or inmates by J.W. had ended in the dining hall.

7.    Bias then escorted J.W., who was handcuffed behind his back and compliant with the transport, to the medical unit for decontamination from the OC spray.

8.    During this escort, Bias, intentionally and without provocation, pushed J.W. into a metal doorframe causing J.W.'s head and face to hit the metal doorframe. When Bias did so, J.W. was handcuffed behind his back, suffering from the effects of O.C. spray, held by Bias, surrounded by five E.R.T. officers, and compliant with transport.

9.    J.W. instantly dropped to the ground from the impact to his head, bleeding profusely from a deep gash to his forehead, which required outside emergency medical attention.

10.   The D.O.C. use of force policy (5010.9H #14) explicitly states that, "[u]nreasonable force is a level of force that is unnecessary or excessive given the totality of the circumstances presented to staff members at the time the force is applied. Use of unreasonable force is prohibited and, if used, will subject staff members to investigation, disciplinary action and possible criminal prosecution or civil liability." The policy also lists the following as an example of a use of force that is "considered unreasonable and prohibited unless circumstances justify the use of deadly force": "[d]eliberately or recklessly striking or causing an individual's head to strike against a hard, fixed object (e.g., roadway, driveway, concrete floor, wall, jail bars, etc.)."

MB
03/25/24

11. Like all persons in the United States, J.W. had the right, secured and protected by the Constitution and laws of the United States, to be free from the deprivation of liberty without due process of law, which includes the right to be free from the use of unreasonable force amounting to punishment. Bias's actions deprived J.W. of that right.

12. Bias knew that his actions against J.W. were wrong.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: /s/ *Michael T. Truscott*
Michael T. Truscott (DC Bar No. 1685577)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7223
Michael.Truscott@usdoj.gov

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL

By: /s/ *Anna Gotfryd*
Anna Gotfryd (IL Bar. No. 6323972)
Trial Attorney
Criminal Section, Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 598-5764
Anna.Gotfryd@usdoj.gov

03/25/24

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime charged.

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 03/25/24

_____
Marcus Bias
Defendant

I have discussed this Statement of Offense with my client, Marcus Bias. I concur with his decision to stipulate to this Statement of Offense.

Date: 3/25/24

_____
Tony Graham, Sr.
Counsel to Marcus Bias

MB
03/25/24